# MEMORANDUM DECISIONS.

In re ADAMS. (Supreme Court, Appellate Division, Fourth Department. March 21, 1906.) In the matter of the application of James N. Adams for the removal of William D. Doherty from the office of police commissioner of the city of Buffalo. No opinion. Order entered referring this matter to Hon. William A. Sutherland, counselor at law, residing in the city of Rochester, to take the proofs herein and report to this court, with his opinion thereon.

ADAMS, Respondent, v. LAWSON, Appellant. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by Thomas F. Adams, trustee, etc., against Judson Lawson. No opinion. Judgment and order affirmed, with costs.

ALLEN, Respondent, v. NEW YORK SAVINGS BANK, Appellant. (Supreme Court, Appellate Division, Second Department. March 1906.) Action by William B. Allen against the New York Savings Bank. No opinion. Judgment of the Municipal Court affirmed, with costs.

ALLEN, Respondent, v. PIERSON et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 10, 1906.) Action by Addie A. Allen, against Albert H. Pierson and others.
PER CURIAM. Order affirmed, with $10 costs and disbursements.
HISCOCK, J., not sitting.

ALLEN v. PIERSON et al. (Supreme Court, Appellate Division, Fourth Department. March 1906.) Action by Addie A. Allen against Albert H. Pierson and others. No opinion. Motion to dismiss appeal from order granted upon the ground that the so-called order is a mere decision from which no appeal can be taken separately from the judgment.

ALLTER v. JEROME et al. (Supreme Court, Appellate Division, Third Department. March 7, 1906.) Action by Wesley Allter against Lydia Jerome and Agatha Smith. No opinion. Motion denied.

In re APPOINTMENT OF TWO TRUSTEES FOR CITY AND COUNTY HALL FOR USE OF CITY OF BUFFALO AND ERIE COUNTY. (Supreme Court, Appellate Division, Fourth Department. March 14, 1906.) In the matter of the appointment of two trustees for the city and county hall for the use of the city of Buffalo and the county of Erie.

No opinion. Order entered appointing Henry V. Bisgood, of the city of Buffalo, and Frank R. Whaley, of East Aurora, trustees for the term of six years ending May 2, 1912.

BAIRD, Appellant, v. ERIE R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 10, 1906.) Action by Isaac E. Baird against the Erie Railroad Company.
PER CURIAM. Judgment affirmed, with costs.
SPRING, J., dissents. NASH, J., not sitting.

BALDINGER et al., Appellants, v. SCHWARTZLER, Respondent. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by Louis Baldinger and Oscar Kupferman against Albert J. Schwartzler. No opinion. Judgment of the Municipal Court affirmed, with costs.

BAMBACE, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 9, 1906.) Appeal from Trial Term, New York County. Action by Joseph Bambace, as administrator, etc., against the Interurban Street Railway Company. From a judgment for plaintiff, and from an order denying its motion for a new trial, defendant appeals. Judgment and order reversed, and new trial ordered, on conditions. Bayard H. Ames, for appellant. James C. Cropsey, for respondent.
PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered, including interest and costs, to the sum of $2,917.44, in which event the judgment, as so modified, and the order appealed from, are affirmed, without costs.
LAUGHLIN, J. I dissent, upon the ground that the court erred in refusing to charge the ninth request presented by the defendant. I am of opinion that there was evidence to warrant the jury in finding the facts recited therein, and that on those facts the defendant could not be charged with negligence, as there was no evidence that the car could have been stopped within five or six feet, and, furthermore, that the decedent would in such circumstances be deemed guilty of contributory negligence as matter of law.

BARNES, Appellant, v. CARLISLE, respondent. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action

by Reon Barnes against John G. Carlisle. No opinion. Judgment affirmed on argument, with costs.

---

BARRUS. Appellant, v. PARSONS, Respondent. (Supreme Court. Appellate Division, Fourth Department. March 21, 1906.) Action by Donnie Barrus against David Parsons. No opinion. Order dismissing appeal (96 N. Y. Supp. 359) vacated, and reargument ordered, and case deemed submitted on original briefs, on stipulation of counsel in open court.

---

BARRUS. Appellant, v. PARSONS, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 28, 1906.) Action by Donnie Barrus against David Parsons.

PER CURIAM. Judgment affirmed, with costs.

SPRING, J., dissents.

---

BAXTER, Respondent, v. CONNER, Appellant. (Supreme Court, Appellate Division, Second Department. March 9, 1906.) Action by George W. Baxter against James R. Conner. No opinion. Appeal dismissed, without costs.

---

BECKER v. HOTCHKIN et al. (Supreme Court, Appellate Division, Fourth Department. March 7, 1906.) Action by James P. Becker against Rosette B. Hotchkin and others. No opinion. Motion denied, without costs.

---

BEEKMAN, Respondent, v. CONGRESS BREWING CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by John N. Beekman against the Congress Brewing Company. No opinion. Order affirmed, with $10 costs and disbursements.

---

BELOTTI, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. February 23, 1906.) Action by Salvino Belotti, as administrator, against the Metropolitan Street Railway Company. R. H. Ames, for appellant. T. J. O'Neill, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

BERNSTEIN, Respondent, v. NEW YORK HOUSE WRECKING CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 16, 1906.) Action by Abraham Bernstein against the New York House Wrecking Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

BERTHELSON, Appellant, v. GABLER, Respondent. (Supreme Court, Appellate Division, Second Department. March 9, 1906.) Action by Carl O. Berthelson against John C. Gabler. No opinion. Motion denied.

---

BIESEITHAL v. WISE. In re WISE. (Supreme Court, Appellate Division, First Department. March 9, 1906.) Appeal from Special Term, New York County. Action by Isaac Biesenthal against Benjamin Wise. From an order substituting certain attorneys as attorneys for defendant in the place of Leon Kronfeld and another, they appeal. Modified. Robert J. Robeson, for appellants. Emanuel Var Dernoot, for respondent.

PER CURIAM. The order appealed from should be modified by striking out the second provision thereof, providing that the payment of the $75 specified shall be in full for all services rendered in the action, and substituting in place thereof a provision that appellants Kronfeld and Harris be permitted to receive the $75 directed to be paid without prejudice to the bringing of any action by them against the defendant, Wise, to recover further compensation for the services rendered to him, if they shall be so advised. As so modified, the order should be affirmed, without costs to either party.

---

BLANCK, Respondent, v. PRESTON, Appellant. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by Mary Ann Blanck against Charles M. Preston as receiver of the New York Building Loan Banking Company.

PER CURIAM. Judgment reversed, and new trial granted, costs to abide the final award of costs, upon the authority of Preston v. Reinhart (decided December 29, 1905) 96 N. Y. Supp. 851.

HOOKER, J., dissents.

---

BLOOMGARDEN, Appellant, v. HOFFMAN et al., Respondents. (Supreme Court, Appellant Division, Second Department. March 2, 1906.) Action by Henry Bloomgarden against Ernst Hoffman and Alma Hoffman.

PER CURIAM. Judgment affirmed, with costs.

MILLER, J., dissents.

---

BLUM v. WHITNEY et al. (Supreme Court, Appellate Division, First Department. March 16, 1906.) Action by Edwin Blum against Harry P. Whitney and another. No opinion. Motion granted. Order filed.

---

In re BOARD OF EXAMINERS OF COUNTY OF ERIE. (Supreme Court, Appellate Division, Fourth Department. January 17, 1906.) In the matter of the appointment of a board of examiners to examine into the operation of the jury system of the county of Erie, created by chapter 369, p. 188, Laws 1895. No opinion. Report of examining board received, approved and filed, and a certified copy therefor ordered transmitted to the commissioner of jurors for the county of Erie.